DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDRE DEMETRI REID,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1335

[February 2, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Lynch, Judge; L.T. Case No. 16-003664-CF-10A.

Robert David Malove of The Law Office of Robert David Malove, P.A., Fort Lauderdale, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Jessenia J. Concepcion, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***